UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-37907 |
|---|---|
|    DUANE NELSON SHORTRIDGE | (Chapter 13) |
|    MELISSA ANN SHORTRIDGE | |
|                           Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985966**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 3 | NATIONSTAR MORTGAGE<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TX  75067 | 809.91 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/1/2009

Certificate of Service          04-37907

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DUANE NELSON SHORTRIDGE
MELISSA ANN SHORTRIDGE
317 BLAINE AVE
PIQUA, OH  45356

JASON R FARLEY
314 WEST MAIN ST
TROY, OH  45373

(36.1n)
LAURA R FAULKNER
WELTMAN WEINBERG & REIS CO
525 VINE STREET SUITE 800
CINCINNATI, OH  45202-5000

(34.1n)
MATTHEW H GRIFFITH
ANDREWS DAVIS
100 N BROADWAY STE 3300
OKLAHOMA CITY, OK  73102

(32.1n)
MCCALLA RAYMER
BANKRUPTCY DEPT
1544 OLD ALABAMA RD
ROSWELL, GA  30076

(38.1n)
MICHAEL J MCCORMICK
1544 OLD ALABAMA RD
ROSWELL, GA  30076

(3.1)
NATIONSTAR MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE, TX  75067

(33.1n)
NATIONSTAR MORTGAGE
BOX 829009
DALLAS, TX  75382

(37.1n)
NIKA R KATCHMAN
137 N MAIN ST
SUITE 610
DAYTON, OH  45402

(26.1n)
STEPHEN D MILES
18 W MONUMENT AVE
DAYTON, OH  45402

(35.1n)
STEPHEN J MORIARTY
ANDREWS DAVIS
100 NORTH BROADWAY SUITE 3300
OKLAHOMA CITY, OK  73102

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____   cs